02-11-020-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO.  02-11-00020-CR

 

 


 
 
 Martin Allen Green
 a/k/a Martin A. Green
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE 432ND DISTRICT Court OF Tarrant
COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered appellant’s “Motion To Dismiss Appeal.”  Although appellant has
not signed the motion in compliance with rule 42.2(a) of the rules of appellate
procedure, appellant indicated in writing in a letter received in this court on
May 11, 2011, that he no longer wishes to pursue his appeal.  Tex. R. App. P.
42.2(a).  We suspend rule 42.2(a)’s requirement that appellant sign the motion
to dismiss the appeal.  Id.; see Tex. R. App. P. 2.  No decision
of this court having been delivered before we received this motion, we grant
the motion and dismiss the appeal.  See Tex. R. App. P. 43.2(f).

 

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED: 
May 26, 2011

 









[1]See Tex. R. App. P. 47.4.